O'BRIEN, BELLAND & BUSHINSKY, LLC
509 S. Lenola Road, Building 6
Moorestown, New Jersey 08057
(856) 795-2181
*Attorneys for Plaintiff(s)*
By:  Steven J. Bushinsky, Esquire,
     W. Daniel Feehan, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE UFCW LOCAL 152 RETAIL MEAT PENSION FUND; TRUSTEES OF THE UFCW LOCAL 152 SAVINGS PLAN, et al<br><br>*Plaintiff,*<br><br>vs.<br><br>VIN-INCO ENTERPRISES, INC. a/k/a INCOLLINGO'S MARKET<br><br>*Defendant.* | Civil Action No.: 21-13004(RMB-KMW)<br><br>**ORDER** |

This matter having come before the Court on plaintiffs' request for default judgment,

IT IS on this **31st** day of **March**, 2021;

**ORDERED and ADJUDGED** that Plaintiff, Trustees of the UFCW Local 152 Retail Meat Pension Fund; Trustees of the UFCW Local 152 Savings Plan for and on behalf of themselves and said Fund, and the Board of Trustees, recover of Defendant Vin-Inco Enterprises, Inc, a/k/a Incollingo's Market the sum of **$35,793.36** which is inclusive of interest, liquidated damages, attorney's fees, and case costs as provided by law and to include additional interest thereon; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
RENEE M. BUMB, U.S.D.J.